| | | | |
|---|---|---|---|
| Date: 09/19/2013 | Judge: Hilton | Reporter: | Westfall |
| Time: 9:30 to 9:50 | | Interpreter: | |
| | | Language: | |
| | | Update Deadlines: | |
| UNITED STATES of AMERICA | | Prob. Copies: | |
| Vs. | | PTS Copies: | |
| | | AUSA Copes: | |

Eric Harroun                             1:13CR00369-001
Defendant's Name                    Case Number

Geremy Kamens and Michael Nachmanoff        Carter Burwell and Lynn Haaland
Counsel for Defendant                                        Counsel for Government

Matter called for:
( ) Motions                      ( ) Setting Trial Date        ( ) Change of Plea Hrg.      ( ) Rule 35
( ) Arraignment              ( ) Appeal from USMC       ( ) Sentencing                      ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.                        (✓) Plea                              ( ) Other:

Defendant appeared:    (✓) in person               ( ) failed to appear
                                      (✓) with Counsel          ( ) without counsel         ( ) through counsel

Filed in open court:
(✓) Criminal         (✓) Plea              (✓) Statement of Facts    (✓) Waiver of           ( ) Discovery Order
Information           Agreement                                                       Indictment

Arraignment & Plea:
( ) WFA    (✓) FA    (✓) PG    ( ) PNG    Trial by Jury:    ( ) Demanded    ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count(s) 1 of the Criminal Information    Plea Accepted (✓)
Motion for Dismissal of Counts  1 and 2 of the Indictment in 1:13CR00272    (✓) by U.S.    ( ) by Deft.
(✓) Order entered in open court    ( ) Order to follow
Defendant directed to USPO for PSI:    ( ) Yes    (✓) No

The Court finds the g/l properly assessed at a range of 37 to 46 months. Considering the factors under §3553 and the government's 5k motion for downward departure, the Court finds that a sentence of time served is appropriate. Defendant sentenced to TIME SERVED w/3 year SR term and assessed $100.00.

US' motion to Seal certain documents for a period of 3 months – Granted, Order entered.


Bond Set at: $_____    ( ) Unsecured        ( ) Surety                  ( ) Personal Recognizance
( ) Release Order Entered    (✓) Deft. Remanded    ( ) Deft. Released on Bond    ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody    ( ) Summons Issued    ( ) On Bond    ( ) Warrant Issued    ( ) 1st appearance