IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| V. | ) Criminal No. 1:13CR369 |
| | ) |
| ERIC HARROUN, | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on journalist Nicholas Schmidle's letter of May 29, 2014 requesting that the under seal Motion filed by the Government (Docket # 6), and the under seal Statement Of Reasons as to Defendant Eric Harroun (Docket # 14), both filed on September 19, 2013, be unsealed. It appearing to the Court that there are no objections from the Government or the Defendant as to the unsealing, it is hereby

ORDERED that Nicholas Schmidle's request is GRANTED as to the Government's under seal Motion (Docket #6), and DENIED as to the Statement Of Reasons (Docket # 14), which shall remain under seal.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
June 3, 2014